# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DANNY R. HOMOLA

NO. 2023 KW 0091

**MARCH 13, 2023**

---

In Re:   Danny R. Homola, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         414486.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                              **MRT**
                              **WRC**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

*q.sↄ*

DEPUTY CLERK OF COURT
        FOR THE COURT